AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

for the
Western District of New York

UNITED STATES DISTRICT COURT
FILED
JUL 11 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

United States of America

v.

GERALD T. PRZYBYLSKI

*Defendant*

25-MJ- 5155

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about June 13, 2025, in the County of Erie, in the Western District of New York, and elsewhere, the defendant, GERALD T. PRZYBYLSKI, did knowingly and willfully transmit in interstate and foreign commerce, specifically using the internet, communications that contained threats to injure Victim 1, in violation of Title 18, United States Code, Section 875(c).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

Keith E. Bender
*Complainant's signature*

KEITH E. BENDER
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 11, 2025

Michael J. Roemer
*Judge's signature*

City and State: Buffalo, New York

HON. MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

# AFFIDAVIT

STATE OF NEW YORK )
COUNTY OF ERIE ) SS:
CITY OF BUFFALO )

**KEITH E. BENDER**, a Special Agent of the Federal Bureau of Investigation, United States Department of Justice, Buffalo, New York, being duly sworn, and states the following:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), United States Department of Justice. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2. I have served as an FBI Special Agent since June of 2009. During that time, I have participated in investigations involving human, drug, and weapons trafficking, neighborhood-based street gangs, organized crime matters, and violent crimes including investigations that utilized the execution of arrest warrants of persons and search warrants on residences and vehicles. Over the course of those investigations, I have conducted interviews of witnesses and subjects, supervised and handled confidential informants, participated in and supervised physical and electronic surveillance, utilized pen registers and trap and trace devices, executed search and arrest warrants, and conducted consensually recorded telephone

calls between confidential informants and subjects. In addition, I have had the opportunity to work with other FBI Special Agents and other law enforcement agents and officers of varying experience levels. My investigative experience detailed herein, and the experience of other law enforcement agents who are participating in this investigation, serve as the basis for the opinions and conclusions set forth herein.

3. Your Affiant states that this investigation was conducted by FBI Special Agents and other law enforcement personnel assigned to the FBI Buffalo Division – Safe Streets Task Force ("SSTF"), and the Erie County Sheriff's Office (ECSO). This affidavit is based upon your affiant's personal knowledge, information provided by other law enforcement personnel, and evidence obtained during this investigation. It is submitted for the limited purpose of establishing probable cause, and, as such, I have not included details of every aspect of this investigation.

4. As a result of working this case with other Special Agents and Task Force Officers of the FBI, the Erie County Sheriff's Office (ECSO), and other law enforcement agencies, I am familiar with the circumstances of the offenses described in this Affidavit.

5. Your affiant makes this affidavit in support of a criminal complaint charging **GERALD T. PRZYBYLSKI** with violating Title 18, United States Code, Section 875(c) (Interstate Communication of a Threat), via his email account **g[xxxx]@earthlink.net.**[1]

---

[1] Because this complaint is a publicly-filed document, **PRZYBYLSKI's** email address has been redacted.

6. I have set forth only the facts that I believe are necessary to establish probable cause for the requested criminal complaint, I have not presented all the facts of this investigation to date. Rather, I have set forth sufficient information to establish probable cause for the requested complaint.

## PROBABLE CAUSE

7. The FBI-SSTF was contacted by the Erie County Sheriff's Office regarding an email sent from **g[xxxx]@earthlink.net** on June 13, 2025, to the office email account of Victim 1, a member of the United States House of Representatives. The email stated as follows:

> You stupid fool!!! You are so out of touch with reality!!! You, Elise Stepanik, Taylor Greene are imbeciles and over the fringe!!! You are obviously unaware of the movement to execute Trump and all his Republican sycophants, not assassination but legal execution under the Constitution of the United States, which you, Donald Trump, and all your Republican colleagues have refused to honor, you have betrayed your oath of office and are a TRAITOR!!! I cannot emphasize that enough--YOU ARE A TRAITOR as is DONALD TRUMP and his REPUBLICAN SYCOPHANTS!!!! The lawful punishment for treason is execution by military firing squad, you will be executed as will all the other traitors, including Musk and all his young DOGE staff, they will all be executed!!! Believe me, this will happen!!!! You and your staff are doomed to be executed!!!! As I said, you are totally unaware of this because you are so out of touch with reality!!!! You should be afraid for your life!!!

The message stated that it was sent from "Mr. Gerald T. Przybylski," at email address **g[xxxxx]@earthlink.net**. The person who sent the email also provided an address and phone number that are associated with **PRZYBYLSKI.** The email was first received and reviewed by a Staff Assistant in Victim 1's congressional office.

8. On June 16, 2025, **PRZYBYLSKI** was interviewed by detectives from ECSO. **PRZYBYLSKI** stated to detectives that he (**PRZYBYLSKI**) had replied to a "mass

mailer" from Victim 1's office and had intended to inform Victim 1 of what **PRZYBYLSKI** believed the U.S. Constitution stated regarding treason and traitors. **PRZYBYLSKI** also stated that he was not a threat to Victim 1.

9. On June 20, 2025, **PRZYBYLSKI** was interviewed by a Special Agent of the United States Secret Service (USSS) and your affiant. During this interview (which was electronically recorded and conducted after **PRZYBYLSKI** waived his *Miranda* rights), **PRZYBYLSKI** acknowledged sending the above-referenced email and admitted ownership of the email account **g[xxxx]@earthlink.net**. When asked what he was thinking when he sent the email to Victim 1, **PRZYBYLSKI** stated, in substance, as follows:

> I was probably trying to scare him [i.e., Victim 1]. . . . Make him realize that with President Trump . . . not following the rule of law . . ., taking over . . . things Congress are supposed to approve of . . . so I basically consider Trump a traitor and I told [Victim 1] that if you're going to be supporting him, you're kind of complicit, and . . . then I said that it's my understanding that traitors can be executed. . . Again, I could end up being angry wanting to let him know, not so much as a threat, the seriousness of what Trump's doing and also of your supporting him. . . . It's a matter of me trying to get that point across. . . . After I wrote it, . . . I thought, I wonder if I should have mentioned the execution thing. . . . I even talked to my brother about it. . . .

10. On June 18, 2025, Victim 1 gave a written statement to the Erie County Sheriff's Office. Victim 1 stated that his Chief of Staff had alerted him to **PRZYBYLSKI**'s message. Victim 1 stated that he took the email "as a serious threat on my life and the lives of the staff that work for me to serve the public" and that the email "caused great concern for all that work in our office." Finally, Victim 1 wrote that, "[a]s a result of this particular communication from Mr. Przybylski my staff and I have a legitimate fear for our physical safety and the safety of our families."

## CONCLUSION

11. Based on the facts articulated in this affidavit, I submit that probable cause exists to believe that on or about June 13, 2025, **GERALD T. PRZYBYLSKI** violated Title 18, United States Code, Section 875(c).

Keith E. Bender
KEITH E. BENDER
Special Agent
Federal Bureau of Investigation

Sworn to telephonically, this 11th day of July, 2025.

Michael J. Roemer
HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge